2014-SF-00459
290TH JUDICIAL DISTRICT COURT
STATE OF TEXAS VS RAY L. ALEXANDER, ET
DATE FILED: 09/11/2014
SCIRE FACIAS NO._____


2014SF00459 -0290

CRIMINAL CASE NO. NM 234778
2015CR8358

BOND # <u>1575276</u>

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/3/2015 9:47:42 AM
KEITH E. HOTTLE
Clerk

THE STATE OF TEXAS

VS.

RAY L. ALEXANDER
-PRINCIPAL

JESUS LOPEZ, ATTORNEY AT LAW
-SURETY

IN THE DISTRICT COURT

290TH JUDICIAL DISTRICT

OF BEXAR COUNTY, TEXAS

## J U D G M E N T   N I S I

On the **AUGUST 7, 2014**, this cause was called for trial and thereupon came the State of Texas by her Criminal District Attorney, but the Defendant, **RAY L. ALEXANDER**, who stands charged by complaint, failed to appear and answer in his behalf, and thereupon his name was called distinctly at the door of the Courthouse, to come into Court to answer the State of Texas on a felony charge of **AGG ASSLT W/DEADLY WPN** according to the tenor and effect of his bond on file in this Court, but after a reasonable time and said Defendant not appearing and having wholly made default, it was therefore ordered by the Court that the bond of the said Defendant be, and the same is declared forfeited.

It is THEREFORE ORDERED, ADJUDGED AND DECREED that the State of Texas have and recover of the said Defendant, **RAY L. ALEXANDER**, as Principal and said **JESUS LOPEZ, ATTORNEY AT LAW** as surety on said bond, the sum of **FIFTY THOUSAND ($50,000.00)** dollars. This judgment will be made final unless good cause be shown why the Defendant did not appear.

It is further ORDERED that citation issue to said surety commanding them to be and appear before this court by filing written answer at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation and show cause why judgment of forfeiture should not be made final.

It is further ORDERED that notice to the Defendant, **RAY L. ALEXANDER** as principal, be deposited in the United States Mail directed to the Defendant at the address shown on the bond.

It is further ORDERED that an alias capias issue for the arrest of the Defendant.

SIGNED this _11_ day of _Sept_____, 2014.

SEP 11 2014

_____
JUDGE PRESIDING

Prepared by: <u>HB</u>
JUDNISI#1.SURETY

Document
scanned as filed.

STATE OF TEXAS )    4TH COURT
                )    OF APPEALS
BEXAR COUNTY    )
                )

NOTICE OF APPEAL

FILED
O'CLOCK ___ M

SEP 0 2 2016
DONNA KAY M'KINNEY
District Clerk, Bexar County, Texas
BY _____ DEPUTY

RE: CAUSE NM 234778
         2015CR8358

COMES NOW RAY ALEXANDER, APPELLANT IN THE ABOVE STYLED AND NUMBERED CAUSE ON THIS THE 30TH DAY OF JULY, 2015 AND WITHIN 6 MONTHS (180 DAYS) OF DEFAULT JUDGMENT SO "AGREED" UPON ON THE 17TH DAY OF FEBRUARY, 2015 WHERE SAID CAUSE AND JUDGMENT AROSE OUT OF THE 290TH DISTRICT COURT OF BEXAR COUNTY, TEXAS.

MOVANT DID NOT PARTICIPATE - EITHER IN PERSON OR THROUGH COUNSEL - IN THE HEARING THAT RESULTED IN SAID JUDGMENT AGAINST HIM AND CO-DEFENDANT (SURETY) JESUS LOPEZ, ATTORNEY-AT-LAW, AND APPLICANT DID NOT TIMELY FILE A POST JUDGMENT MOTION OR REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW, OR A NOTICE OF APPEAL WITHIN THE TIME PERMITTED BY RULE 26.1 (a) OF TEXAS CIVIL APPEALS CODE, AND DESIRES RELIEF FROM SAID JUDGMENT THROUGH RESTRICTED APPEAL PURSUANT TO RULE 30 OF TEXAS CIVIL APPEALS CODE, AND DOES SO WITHOUT ASSISTANCE OF COUNSEL AND HE ASKS COURT LEAVE TO PROCEED AS INDIGENT, AND FILES THIS WRITTEN NOTICE OF APPEAL, OF CIVIL DEFAULT JUDGMENT TO THE 4TH COURT OF APPEALS, BEXAR COUNTY CRIMINAL JUSTICE CENTER, 300 DOLOROSA, SAN ANTONIO, TEXAS 78205.

APPELLANT

STATE OF TEXAS * * * *

COUNTY OF BEXAR * * * *

ON THIS 30th DAY OF JULY, 2015, PERSONALLY APPEARED
BEFORE ME Ray Alexander WHO STATED UNDER
OATH THAT THE ABOVE AND FOREGOING NOTICE OF APPEAL
IS TRUE AND CORRECT TO HIS BEST BELIEF AND KNOWLEDGE.

SWORN TO AND SIGNED BEFORE ME ON THIS THE        DAY
OF JULY, 2015.

SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-22-2019

NOTARY PUBLIC

*New NOA.*



# Bexar County

## District Clerk/County Clerk Search

## Full Case Information

## Case Summary

---

## Case Information for Cause #: 2014SF00459

### STATE OF TEXAS vs RAY L. ALEXANDER, ET AL

| | |
|---|---|
| **Cause No. :** | 2014SF00459 |
| **Name :** | RAY L ALEXANDER |
| **Business Name :** | |
| **Litigant Type :** | PRINCIPAL |
| **Date Filed :** | 09/11/2014 |
| **Docket Type :** | JUDGMENT NISI |
| **Case Status :** | DISPOSED |
| **Court :** | 290 |

*Information as of: 08/10/2015 02:48:38 PM*

# Case History

*Currently viewing 1 through 17 of 17 records.*

| Type/Sequence | Date Filed | Description |
|---|---|---|
| B00001 | 9/11/2014 | RAY L. ALEXANDER<br>AGENT:<br>AMOUNT: 5000000<br>SURETY: JESUS LOPEZ,<br>SURETY: ATTORNEY AT LAW<br>REASON: BOND FORFEITURE<br>FORM: SURETY |
| P00001 | 9/11/2014 | JUDGMENT NISI |
| P00002 | 9/11/2014 | BOND FORFEITURE/CRIM CASE #<br>NM234778 |
| P00003 | 9/11/2014 | BOND FORFEITURE/CRIM OFFENSE<br>AGG ASSLT W/DEADLY WPN |
| P00004 | 9/11/2014 | BAILIFF CERTIFICATE |
| P00005 | 9/11/2014 | SURETY BAIL BOND |
| P00006 | 9/11/2014 | COPY OF CRIMINAL JACKET |
| O00001 | 9/11/2014 | JUDGMENT NISI<br>JUDGE: MELISA SKINNER<br>VOL: 4284 PAGE: 1273 PAGE COUNT: 1 |
| S00001 | 9/24/2014 | CITATION/JUDGMENT NISI<br>RAY L ALEXANDER<br>ISSUED: 9/24/2014 |
| S00002 | 9/24/2014 | CITATION/JUDGMENT NISI<br>JESUS LOPEZ<br>ISSUED: 9/24/2014 RECEIVED: 10/2/2014<br>EXECUTED: 10/7/2014 RETURNED: 10/8/2014 |
| P00007 | 10/15/2014 | ORIGINAL ANSWER OF<br>JESUS R. LOPEZ, SURETY |
| T00008 | 1/21/2015 | BOND FORFEITURE DOCKET<br>COURT: 290 TRIAL DATE & TIME: 3/20/2015 9:00AM |
| P00009 | 2/17/2015 | CASE CLOSED AGREED JUDGMENT |
| O00002 | 2/17/2015 | AGREED JUDGMENT<br>JUDGE: MELISA SKINNER<br>VOL: 4355 PAGE: 757 PAGE COUNT: 2 |
| S00003 | 3/2/2015 | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF ORDER RULE 306A<br>DAWN MARIE MCCRAW<br>ISSUED: 3/2/2015 |
| S00004 | | 3/2/2015 | NOTICE OF DEFAULT JUDGMENT<br>RAY L ALEXANDER<br>ISSUED: 3/2/2015 |
| S00005 | | 3/2/2015 | NOTICE OF DEFAULT JUDGMENT<br>JESUS LOPEZ<br>ISSUED: 3/2/2015 |



RAY L ALBERT PIONEER
2200 N. COMAL
SAN ANTONIO, TEXAS 78207
610(033876

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 AUG -6 AM 11: 55

KEITH E. HOTTLE, CLERK

SAN ANTONIO
TX 780
03 AUG 15
PM 4 L

nerpost™
08/03/2015
$00.48°
ZIP 78205
041L12020749

78205303759

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

TRIAL COURT NO. 2015CR8358/2014SF00459

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 290TH DISTRICT COURT |
| VS | OF |
| RAY L ALEXANDER | BEXAR COUNTY, TEXAS |

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on _____

3. The Honorable MELISA SKINNER _____presided at the trial____.

4. The above named defendant was convicted_____ of the offense(s) of AGG ASSLT W/DEADLY WPN _____
   as a (Repeater)(Habitual).

5. State's appeal attorney: NICHOLAS LAHOOD_____ 300 Dolorosa, Suite 4025, Bexar County Justice Center, San Antonio, Texas,78205 (210)335-2413    SBN: 24030360_____

6. Trial_____ Attorney(s):_____

   (Retained)(Appointed) Appeals attorney:_____
   Address & Phone No:_____ SBN:_____

   Defendant Pro-Se X Yes__No
7. The trial held was:__Trial before the Court        __Jury trial on guilt only
   __Jury trial on punishment only        __Jury trial guilt and punishment
   __Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   __Pretrial motion heard prior to plea    __Open/non negotiated plea of guilty/nolo contendere
   __Motion to enter adjudication of guilt  __Motion to revoke community supervision
   _X_Other NOTICE OF APPEAL ON JUDGMENT NISI

8. The sentence was (     ) on:      for a period of:yrs:000 mths:00
   and a fine of $_____

9. Defendant is presently in:__ BCADC __ TDCJID. Defendant is on ___75,000.00___ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: N/A _____

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na & cause number) _____

WITNESS MY HAND THIS THE 3rd DAY OF September____, 2015__

COURT REPORTER(S):_____ Date:_____

KEITH E. HOTTLE, CLERK                                Date:_____

BY:_____ Date:_____
   Deputy



DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY:_____

,DEPUTY

(jsdca)